**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF VIRGINIA**
Norfolk Division



UNITED STATES OF AMERICA

v.                                                                ACTION NO: 2:16cr63

SUSAN M. SPEARMAN,

        Defendant.


## ORDER ACCEPTING PLEA OF GUILTY

The defendant, by consent, has appeared before the Court pursuant to Federal Rule of

Criminal Procedure 11, and referral from a United States District Judge, and has entered a plea of

guilty to count one of the criminal information.   After cautioning and examining the defendant

under oath concerning each of the subjects mentioned in Rule 11, the Court determined that the

guilty plea was knowledgeable and voluntary, and that the offense charged is supported by an

independent basis in fact establishing each of the essential elements of such offense.   The Court

therefore accepts the plea of guilty.

The Clerk shall mail a copy of this order to all counsel of record.

DONE AND ENTERED at Norfolk, Virginia, this 10th day of May 2016.

                              Robert J. Krask
               UNITED STATES MAGISTRATE JUDGE